# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sherman McCoy, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 21-1458 |
| City of Philadelphia, et al., | Lead Case |
| *Defendants.* | |
| Jamaal Simmons, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-1648 |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-1692 |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Darnell Powell, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-2155 |
| City of Philadelphia, et al., | |
| *Defendants.* | |

| | |
|---|---|
| Donte Hill,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 19-2156 |
| Arkel Garcia,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 21-2884 |
| Marvin Hill,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 23-1002 |
| Rafiq Dixon,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 23-1650 |
| Dwayne Handy,<br><br>   *Plaintiff,*<br><br> v. | CIVIL ACTION<br>NO. 24-1905 |

| | |
|---|---|
| City of Philadelphia, et al., <br><br>       *Defendants.* | |
| Curtis Kingwood, <br><br>       *Plaintiff,* <br><br>   v. <br><br> City of Philadelphia, et al., <br><br>       *Defendants.* | CIVIL ACTION <br> NO. 24-4681 |
| Ronald Thomas, <br><br>       *Plaintiff,* <br><br>   v. <br><br> City of Philadelphia, et al., <br><br>       *Defendants.* | CIVIL ACTION <br> NO. 24-4914 |

## **ORDER**

**AND NOW**, this 29th day of April 2025, upon consideration of Plaintiffs' Motion for Default or, in the Alternative, Adverse Inference (ECF No. 95 on Docket 21-1458), Philip Nordo's Response (ECF No. 96), and Plaintiffs' Reply (ECF No. 97), it is **ORDERED** that the Motion is **DENIED** in accordance with the Court's April 29 Memorandum (ECF No. 98 on Docket 21-1458).

                                                  BY THE COURT:

                                                  ***/s/ Gerald J. Pappert*** <br>
                                                  Gerald J. Pappert, J.