**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 21-1458 Lead Case |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Jamaal Simmons, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-1648 |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-1692 |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Darnell Powell, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-2155 |
| City of Philadelphia, et al., | |
| *Defendants.* | |

Arkel Garcia,

          *Plaintiff,*

    v.

City of Philadelphia, et al.,

          *Defendants.*

CIVIL ACTION
NO. 21-2884

---

Marvin Hill,

          *Plaintiff,*

    v.

City of Philadelphia, et al.,

          *Defendants.*

CIVIL ACTION
NO. 23-1002

---

Rafiq Dixon,

          *Plaintiff,*

    v.

City of Philadelphia, et al.,

          *Defendants.*

CIVIL ACTION
NO. 23-1650

---

Dwayne Handy,

          *Plaintiff,*

    v.

City of Philadelphia, et al.,

          *Defendants.*

CIVIL ACTION
NO. 24-1905

Curtis Kingwood,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-4681

Ronald Thomas,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-4914

Donta Regusters,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 25-865

Corey Gibbs,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 25-2810

Neftali Velazquez,

> *Plaintiff,*

v.

City of Philadelphia, et al.,

> *Defendants.*

CIVIL ACTION
NO. 25-3720

## ORDER

**AND NOW**, this 18th day of March, 2026, upon consideration of the City's

Motion for Summary Judgment (Dkt. No. 129), the plaintiffs' response (Dkt. No. 149),

the City's reply (Dkt. No. 164), the plaintiffs' Motion for Summary Judgment (Dkt.

Nos. 133 & 139), the City's response (Dkt. No. 146) and the plaintiffs' reply (Dkt.

No. 161), it is **ORDERED** the City's Motion is **GRANTED in part and DENIED in

part** and the plaintiffs' Motion is **DENIED**:

1. Judgment shall be entered in favor of the City on the plaintiffs'
   unconstitutional-custom, failure-to-supervise and failure-to-discipline
   claims.

2. The City's motion is denied as to the plaintiffs' failure-to-train claim.

It is further **ORDERED** the City's Motion to Preclude Dr. Richard Hough (Dkt.

No. 126) and Motion to Preclude Dr. Christopher Chapman (Dkt. No. 127) and the

plaintiffs' Motion to Preclude Dr. Daniel Kennedy (Dkt. Nos. 130 & 137) and Motion to

Preclude Dr. Lou Reiter (Dkt. No. 131) are **DENIED WITHOUT PREJUDICE**.

The parties' motions may be re-filed prior to trial, if necessary, more narrowly tailored to the plaintiffs' failure-to-train claim.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.